No. 24-11892

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

*Hispanic Federation et al.*,
  Plaintiffs-Appellees,

v.

*Florida Secretary of State et al.*,
  Defendants-Appellants.

U.S. District Court for the Northern District of Florida, 4:23-cv-218 (Walker, C.J.)

## DEFENDANT-APPELLANT FLORIDA SECRETARY OF STATE'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Bradley R. McVay
  *Deputy Secretary of State*
Joseph S. Van de Bogart
  *General Counsel*
Ashley Davis
  *Chief Deputy General Counsel*
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building
500 S. Bronough St.
Tallahassee, FL 32399
(850) 245-6536

Mohammad O. Jazil*
Michael Beato
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 South Monroe Street, Suite 500
Tallahassee, FL 32301
(850) 274-1690

*Counsel for Defendant-Appellant Florida Secretary of State*

*Designates lead counsel

*Hispanic Federation et al. v. Florida Secretary of State et al.*,

24-11892

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Under Rule 26.1 and Circuit Rule 26.1, Defendant-Appellant Florida Secretary of State certifies that the following have an interest in the outcome of this case:

1. Alicea, Delmarie, *Counsel for Plaintiffs*

2. Beato, Michael, *Counsel for Defendant*

3. Bell, Daniel, *Counsel for Defendant*

4. Byrd, Cord, *Defendant*

5. Campbell-Harris, Dayton, *Counsel for Plaintiffs*

6. Cruz, Roberto, *Counsel for Plaintiffs*

7. Cycon, John, *Counsel for Defendants*

8. Darlington, Andrew, *Declarant for Defendants*

9. Davis, Ashley, *Counsel for Defendant*

10. Derieux, Adriel, *Counsel for Plaintiffs*

11. Derieux, Adriel, *Counsel for Plaintiffs*

12. Ebenstein, Julie, *Counsel for Plaintiffs*

13. Ellis, Rayne, *Counsel for Plaintiffs*

14. Freedman, John, *Counsel for Plaintiffs*

15. Herrera-Lucha, Veronica, *Plaintiff*

16. Hispanic Federation, *Plaintiff*

17. Jazil, Mohammad, *Counsel for Defendant*

18. Karpatkin, Jeremy, *Counsel for Plaintiffs*

19. Keenan, Megan, *Counsel for Plaintiffs*

20. Konor, Estee, *Counsel for Plaintiffs*

21. Lakin, Sophia, *Counsel for Plaintiffs*

22. Martinez, Norka, *Plaintiff*

23. McNamara, Caroline Andrews, *Counsel for Plaintiffs*

24. McVay, Bradley R., *Counsel for Defendant*

25. Moody, Ashley, *Defendant*

26. Morse Stephanie, *Counsel for Defendant*

27. Nguyen, Phi Uyen, *Counsel for Plaintiffs*

28. Ochoa, Victoria, *Counsel for Plaintiffs*

29. Perko, Gary, *Counsel for Defendants*

30. Pico, Elizabeth, *Plaintiff*

31. Poder Latinx, *Plaintiff*

32. Pratt, Joshua, *Counsel for Defendant*

33. Preminger, Evan, *Counsel for Plaintiffs*

34. Ruiz, Cesar, *Counsel for Plaintiffs*

35. Sjostrom, Noah, *Counsel for Defendant*

36. Tilley, Daniel, *Counsel for Plaintiffs*

37. Van De Bogart, Joseph, *Counsel for Defendant*

38. Walker, Mark E., *U.S. District Court Judge*

39. Warren, Nicholas, *Counsel for Plaintiffs*

40. Whitaker, Henry, *Counsel for Defendant*

Under Circuit Rule 26.1-2(c), Defendant-Appellant Florida Secretary of State certifies that the CIP contained herein is complete.

Dated: June 12, 2024

*/s/* Michael Beato
Counsel for Defendant-Appellant
Florida Secretary of State

| | |
|---|---|
| Dated: June 12, 2024 | Respectfully Submitted, |
| Bradley R. McVay (FBN 79034)<br>  *Deputy Secretary of State*<br>brad.mcvay@dos.myflorida.com<br>Joseph S. Van de Bogart (FBN 84764)<br>  *General Counsel*<br>joseph.vandebogart@dos.myflorida.com<br>Ashley Davis (FBN 84764)<br>  *Chief Deputy General Counsel*<br>ashley.davis@dos.myflorida.com<br>Florida Department of State<br>R.A. Gray Building<br>500 S. Bronough St.<br>Tallahassee, FL 32399<br>Phone: (850) 245-6536 | /s/ Michael Beato<br>Mohammad O. Jazil (FBN 72556)<br>mjazil@holtzmanvogel.com<br>Michael Beato (FBN 1017715)<br>mbeato@holtzmanvogel.com<br>Holtzman Vogel Baran<br>Torchinsky & Josefiak PLLC<br>119 South Monroe Street, Suite 500<br>Tallahassee, FL 32301<br>Phone: (850) 391-0503<br>Facsimile: (850) 741-1023<br><br>*Counsel for Defendant-Appellant Florida Secretary of State* |

# CERTIFICATE OF COMPLIANCE

I certify that the foregoing complies with the typeface and type-style requirements of Rule 32.

| | |
|---|---|
| Dated: June 12, 2024 | /s/ Michael Beato<br>Michael Beato |

# CERTIFICATE OF SERVICE

I certify that a copy of the foregoing certificate was filed on ECF. The foregoing was also emailed to opposing counsel, along with the Civil Appeal Statement.

| | |
|---|---|
| Dated: June 12, 2024 | /s/ Michael Beato<br>Michael Beato |