No. 24-11892

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

HISPANIC FEDERATION, ET AL.,

*Plaintiffs-Appellees,*

v.

FLORIDA SECRETARY OF STATE, ET AL.,

*Defendants-Appellants.*

On Appeal from the United States District Court
for the Northern District of Florida, No. 4:23-cv-218 (Walker, C.J.)

**PLAINTIFFS-APPELLEES' NOTICE RE CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Cesar Z. Ruiz
**LatinoJustice PRLDEF**
475 Riverside Drive, Suite 1901
New York, NY 10115
(212) 392-4752
cruiz@latinojustice.org

Roberto Cruz
Miranda Galindo
Delmarie Alicea
**LatinoJustice PRLDEF**
4700 Millenia Blvd., Suite 500
Orlando, FL 32839
(321) 754-1935
rcruz@latinojustice.org
mgalindo@latinojustice.org
dalicea@latinojustice.org

Adriel I. Cepeda Derieux
Megan C. Keenan
**American Civil Liberties Union Foundation**
915 15th Street NW
Washington, DC 20005
(212) 549-2500
acepedaderieux@aclu.org
mkeenan@aclu.org

Julie A. Ebenstein
Dayton Campbell-Harris
Sophia Lin Lakin
Victoria Ochoa
**American Civil Liberties Union Foundation**
125 Broad Street, 18th Floor
New York, NY 10004

Roni Druks  
Phi Nguyen  
**Dēmos**  
80 Broad Street, 4th Floor  
New York, NY 10004  
(212) 485-6065  
rdruks@demos.org  
pnguyen@demos.org  

John A. Freedman  
Jeremy Karpatkin  
**Arnold & Porter Kaye Scholer LLP**  
601 Massachusetts Avenue, N.W.  
Washington, DC 20001  
(202) 942-5316  
john.freedman@arnoldporter.com  
jeremy.karpatkin@arnoldporter.com  

(212) 549-2500  
jebenstein@aclu.org  
dcampbell-harris@aclu.org  
slakin@aclu.org  
vochoa@aclu.org  

Nicholas L.V. Warren  
**ACLU Foundation of Florida**  
1809 Art Museum Drive, Suite 203  
Jacksonville, FL 32207  
(786) 363-1769  
nwarren@aclufl.org  

Daniel B. Tilley  
Caroline A. McNamara  
**ACLU Foundation of Florida**  
4343 West Flagler Street, Suite 400  
Miami, FL 33134  
(786) 363-2714  
dtilley@aclufl.org  
cmcnamara@aclufl.org  

*Attorneys for Plaintiffs-Appellees Hispanic Federation, Poder Latinx, Verónica Herrera-Lucha, Norka Martinez, and Elizabeth Pico*

## NOTICE RE CERTIFICATE OF INTERESTED PERSONS

Pursuant to Circuit Rule 26.1-1(a)(3), Plaintiffs-Appellees add and emend the listed individuals below to Defendants-Appellants' Certificate of Interested Persons filed June 12, 2024.

1. Cepeda-Derieux, Adriel, *Counsel for Plaintiffs-Appellees*
2. Druks, Roni, *Counsel for Plaintiffs-Appellees*
3. Galindo, Miranda, *Counsel for Plaintiffs-Appellees*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Circuit Rule 26.1, Plaintiffs-Appellees submit the following statement of their corporate interests:

1. Plaintiff Hispanic Federation has no parent corporation or any other publicly held corporation owning 10% or more of its stock.

2. Plaintiff Poder Latinx is a fiscally sponsored project of Tides Advocacy, a California nonprofit benefit corporation. Tides Advocacy has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

3. All other Plaintiffs are individual persons.

Under this Court's Local Rule 26.1-1, Counsel for the Plaintiffs-Appellees further certify that no publicly traded company or corporation has an interest in the outcome of this case or appeal.

Plaintiffs-Appellees certify that Defendants-Appellants' Certificate of Interested Persons filed June 12, 2024 with the additions and emendations contained herein, and the Corporate Disclosure Statement contained herein, are complete.

Dated: June 20, 2024 　　　　　　　　　　*/s/ Caroline A. McNamara*

　　　　　　　　　　　　　　　　　　　Caroline A. McNamara
　　　　　　　　　　　　　　　　　　　**ACLU Foundation of Florida**
　　　　　　　　　　　　　　　　　　　4343 West Flagler St., Ste. 400
　　　　　　　　　　　　　　　　　　　Miami, FL 33134
　　　　　　　　　　　　　　　　　　　(786) 363-1392
　　　　　　　　　　　　　　　　　　　cmcnamara@aclufl.org