Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: 24-11892

**Caption:**

Hispanic Federation, et al.

v.

Florida Secretary of State, et al.

District and Division: Northern District of Florida, Tallahassee Division
Name of Judge: Chief Judge Walker
Nature of Suit: Civil Rights
Date Complaint Filed: 5/25/2023
District Court Docket Number: 4:23-cv-218
Date Notice of Appeal Filed: 6/10/2024
☐ Cross Appeal    ☐ Class Action

Has this matter previously been before this court?
☑ Yes    ☐ No
If Yes, provide
(a) Caption: Hispanic Federation, et al. v. Cord Byrd, et al.
(b) Citation: _____
(c) Docket Number: 23-12313

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| **For Appellant:**<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | See Attachment A | | |
| **For Appellee:**<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | See Attachment A | | |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question<br>☐ Diversity<br>☐ US Plaintiff<br>☐ US Defendant | ☑ Final Judgment, 28 USC 1291<br>☐ Interlocutory Order, 28 USC 1292(a)(1)<br>☐ Interlocutory Order Certified, 28 USC 1292(b)<br>☐ Interlocutory Order, Qualified Immunity<br>☐ Final Agency Action (Review)<br>☐ 54(b) | ☐ Dismissal/Jurisdiction<br>☐ Default Judgment<br>☐ Summary Judgment<br>☑ Judgment/Bench Trial<br>☐ Judgment/Jury Verdict<br>☐ Judgment/Directed Verdict/NOV<br>☐ Injunction<br>☐ Other _____ | Amount Sought by Plaintiff:<br>$_____<br>Amount Sought by Defendant:<br>$_____<br>Awarded:<br>$_____<br>to _____<br>Injunctions:<br>☐ TRO<br>☐ Preliminary   ☑ Granted<br>☑ Permanent   ☐ Denied |

Page 2                                                                                        11th Circuit Docket Number: 24-11892

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression?   ☐ Yes   ☑ No
    What is the issue you claim is one of First Impression? _____

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute?   ☐ Yes   ☑ No

    If Yes, provide
    (a) Case Name/Statute _____
    (b) Citation _____
    (c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
    (a) Arises from substantially the same case or controversy as this appeal?   ☑ Yes   ☐ No
    (b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?   ☑ Yes   ☐ No

    If Yes, provide
    (a) Case Name  Hispanic Federation v. Byrd; Florida State Conference of Branches and Youth Units of the NAACP v. Cord Byrd
    (b) Citation _____
    (c) Docket Number if unreported  23-12313, 23-12308
    (d) Court or Agency  Eleventh Circuit

(4) Will this appeal involve a conflict of law
    (a) Within the Eleventh Circuit?   ☐ Yes   ☑ No
    (b) Among circuits?   ☐ Yes   ☑ No

    If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

    Whether Plaintiffs have standing.
    Whether SB7050 violates the U.S. Constitution.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS  24  DAY OF  June , 2024 .

Henry Whitaker                                                      /s/ Henry Whitaker
NAME OF COUNSEL (Print)                                             SIGNATURE OF COUNSEL

## ATTACHMENT A

**Attorneys for Defendants / Appellants**

| Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|
| Beato, Michael | Holtzman Vogel Baran Torchinsky & Josefiak PLLC – Tallahassee, FL 119 S Monroe St., Suite 500 Tallahassee, FL 32301 | (850) 270-5938 mbeato@holtzmanvogel.com |
| Cycon, John | Holtzman Vogel Baran Torchinsky & Josefiak PLLC – Haymarket, VA 15405 John Marshall Hwy Haymarket, VA 20169 | (540) 341-8808 jcycon@holtzmanvogel.com |
| Davis, Ashley | Florida Department of State, Office of General Counsel 500 S Bronough St., Suite 100 Tallahassee, FL 32399 | (850) 245-6531 ashley.davis@dos.myflorida.com |
| Jazil, Mohammad | Holtzman Vogel Baran Torchinsky & Josefiak PLLC – Tallahassee, FL 119 S Monroe St., Suite 500 Tallahassee, FL 32301 | (850) 391-0503 mjazil@holtzmanvogel.com |

| McVay, Bradley | Florida Department of State<br>500 S Bronough St.<br>Tallahassee, FL 32399 | (850) 245-6531<br>Brad.mcvay@dos.myflorida.com |
|---|---|---|
| Morse, Stephanie | Office of the Attorney General<br>The Capitol, PL-01<br>Tallahassee, FL 32399 | (850) 245-0442<br>Stephanie.morse@myfloridalegal.com |
| Perko, Gary | Holtzman Vogel Baran Torchinsky & Josefiak PLLC – Tallahassee, FL<br>119 S Monroe St., Suite 500<br>Tallahassee, FL 32301 | (850) 270-5938<br>gperko@holtzmanvogel.com |
| Schenck, Robert | Office of the Attorney General<br>The Capitol, PL-01<br>Tallahassee, FL 32399 | (850) 414-3300<br>robert.schenck@myfloridalegal.com |
| Sjostrom, Noah | Office of the Attorney General<br>The Capitol, PL-01<br>Tallahassee, FL 32399 | (850) 414-3635<br>noah.sjostrom@myfloridalegal.com |
| Van De Bogart, Joseph | Florida Department of State, Office of General Counsel<br>500 S Bronough St.<br>Tallahassee, FL 32399 | (850) 245-6519<br>Fax: (850) 245-6127<br>joseph.vandebogart@dos.myflorida.com |
| Whitaker, Henry | Office of the Attorney General<br>The Capitol, PL-01<br>Tallahassee, FL 32399 | (850) 414-3300<br>henry.whitaker@myfloridalegal.com |

**Attorneys for Plaintiffs / Appellees**

| Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|
| Alicea, Delmarie | Latino Justice PRLDEF – Orlando FL<br>523 W Colonial Dr., Orlando, FL 32804 | (407) 600-2350<br>dalicea@latinojustice.org |
| Campbell-Harris, Dayton | American Civil Liberties Union Foundation<br>125 Broad St., New York, NY 10004 | (425) 516-8400<br>dcampbell-Harris@aclu.org |
| Cruz, Roberto | Latino Justice PRLDEF – Orlando, FL<br>Regional Southeast Office<br>523 W Colonial Dr., Orlando, FL 32804 | (321) 754-1935<br>Fax: (212) 219-3360<br>rcruz@latinojustice.org |
| Derieux, Adriel | American Civil Liberties Union Foundation<br>125 Broad Street, 18th Floor,<br>New York, NY 10004 | (212) 284-7334<br>Fax: (212) 549-2654<br>acepedaderieux@aclu.org |
| Druks, Roni Ada | DEMOS – New York<br>80 Broad Street<br>4th Floor<br>New York, NY 10004 | (212) 633-1405<br>rdruks@demos.org |
| Ebenstein, Julie | American Civil Liberties Union – New York, NY<br>125 Broad St., 18th Floor<br>New York, NY 10004 | (212) 549-2686<br>jebenstein@aclu.org |
| Ellis, Rayne | Arnold and Porter LLP – New York, NY<br>250 West 55th St., New York, NY 10019 | (212) 836-7869<br>rayne.ellis@arnoldporter.com |
| Freedman, John | Arnold & Porter LLP – Washington, D.C.<br>601 Massachusetts NW, Washington, DC 20001 | (202) 942-5545<br>Fax: (202) 942-5000<br>John.freedman@arnoldporter.com |

3

| Karpatkin, Jeremy | Arnold and Porter LLP – Washington, D.C. 601 Massachusetts NW, Washington, DC 20001 | (202) 942-5545 Fax: (202) 942-5000 jeremy.karpatkin@arnoldporter.com |
|---|---|---|
| Keenan, Megan | American Civil Liberties Union Foundation 915 15th St. NW Washington, D.C. 20005 | (740) 632-0671 mkeenan@aclu.org |
| Lakin, Sophia | American Civil Liberties Union Foundation 125 Broad St., 18th Floor, New York, NY 10004 | (212) 519-7836 slakin@aclu.org |
| McNamara, Caroline Andrews | ACLU Foundation of Florida, Inc. – Miami 4343 W. Flagler St. Suite 400 Miami, FL 33134 | (786) 363-1392 cmcnamara@aclufl.org |
| Nguyen, Phi Uyen | DEMOS – New York 80 Broad Street 4th Floor New York, NY 10004 | (404) 409-4054 pnguyen@demos.org |
| Ochoa, Victoria | American Civil Liberties Union – New York 125 Broad Street 19th Floor New York, NY 10004 | (956) 212-2250 vochoa@aclu.org |
| Preminger, Evan | Arnold and Porter LLP – New York, NY 250 West 55th St., New York, NY 10019 | (212) 715-1107 evan.preminger@arnoldporter.com |
| Ruiz, Cesar | Latino Justice PRLDEF – New York, NY 475 Riverside Dr., Suite 1901, New York, NY 10115 | (212) 392-4752 cruiz@latinojustice.org |
| Tilley, Daniel | ACLU Foundation of Florida, Inc. – Miami, FL 4343 W Flagler St., Suite 400, Miami, FL 33134 | (786) 363-2714 Fax: (786) 363-1257 dtilley@aclufl.org |

4

| Warren, Nicholas | ACLU Foundation of Florida – Tallahassee, FL 336 E College Ave., Suite 203 Tallahassee, FL 32301 | (786) 363-1769 nwarren@aclufl.org |