No. 24-11892

# In the United States Court of Appeals for the Eleventh Circuit

―――――――――――――――――――――

*Hispanic Federation, et al.*,
Plaintiffs-Appellees,

v.

*Florida Secretary of State, et al.*,
Defendants-Appellants.

―――――――――――――――――――――

ON APPEAL FROM THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
No. 4:23-cv-218 (WALKER, C.J.)

**DEFENDANT-APPELLANT FLORIDA ATTORNEY GENERAL'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

ASHLEY MOODY
  *Attorney General of Florida*

HENRY C. WHITAKER
  *Solicitor General*
ROBERT S. SCHENCK
  *Assistant Solicitor General*

PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3300
henry.whitaker@myfloridalegal.com

*Counsel for Defendant-Appellant Attorney General Moody*

*Hispanic Federation et al. v. Florida Secretary of State et al.*,

24-11892

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Under Rule 26.1 and Circuit Rule 26.1, Defendant-Appellant Florida Attorney General certifies that, to the best of her knowledge, the following is a complete list of interested persons:

1. Alicea, Delmarie,
2. Beato, Michael,
3. Bell, Daniel,
4. Byrd, Cord,
5. Campbell-Harris, Dayton,
6. Cruz, Roberto,
7. Cycon, John,
8. Darlington, Andrew,
9. Davis, Ashley,
10. Derieux, Adriel,
11. Derieux, Adriel,
12. Ebenstein, Julie,
13. Ellis, Rayne,
14. Freedman, John,
15. Herrera-Lucha, Veronica,
16. Hispanic Federation,

C-1 of 3

17. Jazil, Mohammad,

18. Karpatkin, Jeremy,

19. Keenan, Megan,

20. Konor, Estee,

21. Lakin, Sophia,

22. Martinez, Norka,

23. McNamara, Caroline Andrews,

24. McVay, Bradley R.,

25. Moody, Ashley,

26. Morse Stephanie,

27. Nguyen, Phi Uyen,

28. Ochoa, Victoria*,*

29. Perko, Gary*,*

30. Pico, Elizabeth,

31. Poder Latinx,

32. Pratt, Joshua,

33. Preminger, Evan,

34. Ruiz, Cesar,

35. Schenck, Robert,

36. Sjostrom, Noah,

37. Tilley, Daniel,

38. Van De Bogart, Joseph,

39. Walker, Mark E.,

40. Warren, Nicholas,

41. Whitaker, Henry

*/s/ Henry Whitaker*
Solicitor General

Dated: June 25, 2024

Respectfully Submitted,

ASHLEY MOODY
  *Attorney General of Florida*

*/s/ Henry Whitaker*
HENRY C. WHITAKER
  *Solicitor General*
ROBERT S. SCHENCK
  *Assistant Solicitor General*

PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3300
henry.whitaker@myfloridalegal.com

*Counsel for Defendant-Appellant Attorney General Moody*

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing complies with the typeface and type-style requirements of Rule 32.

*/s/ Henry Whitaker*
Solicitor General

## CERTIFICATE OF SERVICE

I certify that on June 25, 2024, a copy of the foregoing certificate was filed on ECF. The foregoing was also emailed to opposing counsel, along with the Civil Appeal Statement.

*/s/ Henry Whitaker*
Solicitor General