**No. 24-11892**

---

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

_____

HISPANIC FEDERATION, PODER LATINX, VERÓNICA HERRERA-LUCHA, NORKA MARTÍNEZ, and A. DOE,

*Plaintiffs-Appellees*,

v.

CORD BYRD, in his official capacity as Florida Secretary of State, and ASHLEY MOODY, in her official capacity as Florida Attorney General,

*Defendants-Appellants.*

_____

On Appeal from the United States District Court
for the Northern District of Florida
No. 4:23-cv-00218-MW-MAF (Hon. Mark Walker)

_____

## PLAINTIFFS-APPELLEES' UNOPPOSED MOTION
## TO HOLD APPEAL IN ABEYANCE

_____

Roberto Cruz (FBN 18436)
Delmarie Alicea (FBN 1024650)
Miranda Galindo (FBN 1039848)
LATINOJUSTICE PRLDEF
4700 Millenia Blvd. Suite 500
Orlando, FL 32839
(321) 754-1935

Cesar Z. Ruiz
LATINOJUSTICE PRLDEF
475 Riverside Drive, Suite 1901
New York, NY 10115
(212) 392-4752

Adriel I. Cepeda Derieux*
Megan C. Keenan
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th Street NW
Washington, DC 20005
(212) 549-2500

Julie A. Ebenstein (FBN 91033)
Dayton Campbell-Harris
Victoria Ochoa
Sophia Lin Lakin
AMERICAN CIVIL LIBERTIES

*Additional Counsel Listed on Inside Cover*

Phi Nguyen
Roni Druks
DĒMOS
80 Broad Street, 4th Floor
New York, NY 10004
(212) 485-6065

John A. Freedman
Jeremy Karpatkin
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, DC 20001
(202) 942-5316

UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
(212) 549-2500

Nicholas L.V. Warren
ACLU FOUNDATION OF FLORIDA
1809 Art Museum Drive, St. 203
Jacksonville, FL 32207
(786) 363-1769

Daniel B. Tilley
Caroline A. McNamara
ACLU FOUNDATION OF FLORIDA
4343 W Flagler St., Suite 400
Miami, FL 33134
(786) 363-2714

Evan Preminger
Rayne Ellis
ARNOLD & PORTER KAYE SCHOLER LLP
250 W. 55th Street
New York, NY 10019
(212) 836-7786

* *Not admitted in the District of Columbia; practice limited pursuant to D.C. App. R. 49(c)(3).*

*Hispanic Federation, et al. v. Fla. Sec'y of State et al.,*
24-11892

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Circuit Rule 26.1, Plaintiffs-Appellees submit the following statement of their corporate interests:

1.    Plaintiff Hispanic Federation has no parent corporation or any other publicly held corporation owning 10% or more of its stock.

2.    Plaintiff Poder Latinx is a fiscally sponsored project of Tides Advocacy, a California nonprofit benefit corporation. Tides Advocacy has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

3.    All other Plaintiffs are individual persons.

Plaintiffs-Appellees further certify that the following persons have an interest in the outcome of this case:

1.    Alicea, Delmarie, *Counsel for Plaintiffs*

2.    Beato, Michael, *Counsel for Defendant*

3.    Bell, Daniel W., *Counsel for Defendant*

4.    Byrd, Cord, *Defendant*

5.    Campbell-Harris, Dayton, *Counsel for Plaintiffs*

6.    Cepeda Derieux, Adriel I., *Counsel for Plaintiffs*

7.    Chappell, David W., *Counsel for Defendant*

8.    Cruz, Roberto, *Counsel for Plaintiffs*

9.    Darlington, Andrew, *Declarant for Defendants*

*Hispanic Federation, et al. v. Fla. Sec'y of State et al.,*
24-11892

10.    Davis, Ashley, *Counsel for Defendant*

11.    Doe, A., *Plaintiff*

12.    Druks, Roni, *Counsel for Plaintiffs*

13.    Ebenstein, Julie A., *Counsel for Plaintiffs*

14.    Ellis, Rayne, *Counsel for Plaintiffs*

15.    Freedman, John A., *Counsel for Plaintiffs*

16.    Galindo, Miranda, *Counsel for Plaintiffs*

17.    Herrera-Lucha, Verónica, *Plaintiff*

18.    Hispanic Federation, *Plaintiff*

19.    Jazil, Mohammad O., *Counsel for Defendant*

20.    Karpatkin, Jeremy, *Counsel for Plaintiffs*

21.    Keenan, Megan C., *Counsel for Plaintiffs*

22.    Konor, Estee M., *Counsel for Plaintiffs*

23.    Lin Lakin, Sophia, *Counsel for Plaintiffs*

24.    Martínez, Norka, *Plaintiff*

25.    McNamara, Caroline A., *Counsel for Plaintiffs*

26.    McVay, Bradley, *Counsel for Defendant*

27.    Moody, Ashley, *Defendant*

28.    Morse, Stephanie, *Counsel for Defendant*

29.    Nguyen, Phi, *Counsel for Plaintiff*

*Hispanic Federation, et al. v. Fla. Sec'y of State et al.,*
24-11892

30.    Ochoa, Victoria, *Counsel for Plaintiffs*

31.    Poder Latinx, *Plaintiff*

32.    Preminger, Evan, *Counsel for Plaintiffs*

33.    Ruiz, Cesar Z., *Counsel for Plaintiffs*

34.    Schenck, Robert S., *Counsel for Defendant*

35.    Sjostrom, Noah, *Counsel for Defendant*

36.    Tilley, Daniel B., *Counsel for Plaintiffs*

37.    Van de Bogart, Joseph S., *Counsel for Defendant*

38.    Vargas De-Leon, Fulvia, *Counsel for Plaintiffs*

39.    Walker, Mark E., *U.S. District Court Judge*

40.    Warren, Nicholas L.V., *Counsel for Plaintiffs*

41.    Whitaker, Henry C., *Counsel for Defendant*

## PLAINTIFFS-APPELLEES' UNOPPOSED MOTION TO
## HOLD THIS APPEAL IN ABEYANCE

Plaintiffs-Appellees respectfully submit this motion to hold this appeal in abeyance pending final district court decisions and judgments in *Florida State Conference of Branches & Youth United of the NAACP v. Byrd*, No. 4:23-cv-00215-MW-MAF (N.D. Fla.), and *League of Women Voters of Florida v. Moody*, No. 4:23-cv-00216-MW-MAF (N.D. Fla.). Defendants-Appellants do not oppose this motion.

This appeal raises the question of whether Fla. Stat. § 97.0575(1)(f), a specific provision passed as part of Florida Senate Bill 7050 (SB 7050), violates the U.S. Constitution. The two above-cited actions are still pending in the district court and raise the same question. Those actions also challenge other parts of SB 7050. The district court consolidated the three actions for trial, which it held over seven days in April 2024.

In another docketed appeal, Defendants-Appellants have explained that once the district court issues final orders in "all SB7050 cases," they intend to appeal adverse decisions against them and move to consolidate the cases on appeal. Resp. to Supp. Auth. 2, *Hisp. Fed. v. Byrd*, No. 23-12313, ECF No. 73 (11th Cir. May 16, 2024); *see also* Resp. in Opp. to Mot. to Dismiss 2, *Hisp. Fed. v. Byrd*, No. 23-12313, ECF No. 75 (11th Cir. July 5, 2024). Therefore, in the interest of judicial economy and preserving the Parties' resources, Plaintiffs-Appellees respectfully

request that proceedings, including briefing deadlines for opening and response briefs, be held in abeyance pending final orders in *Florida State Conference of Branches & Youth United of the NAACP v. Byrd*, No. 4:23-cv-00215-MW-MAF (N.D. Fla.), and *League of Women Voters of Florida v. Moody*, No. 4:23-cv-00216-MW-MAF (N.D. Fla.).

## CONCLUSION

Plaintiffs-Appellees respectfully request this Court hold this appeal in abeyance.

Dated: July 23, 2024

Roberto Cruz (FBN 18436)
Delmarie Alicea (FBN 1024650)
LATINOJUSTICE PRLDEF
4700 Millenia Blvd. Suite 500
Orlando, FL 32839
(321) 754-1935

Cesar Z. Ruiz
Ghita Schwarz
LATINOJUSTICE PRLDEF
475 Riverside Drive, Suite 1901
New York, NY 10115
(212) 392-4752

Phi Nguyen
Roni Druks
DĒMOS
80 Broad Street, 4th Floor
New York, NY 10004

Respectfully submitted,

/s/ *Adriel I. Cepeda Derieux*
Adriel I. Cepeda Derieux*
Megan C. Keenan
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th Street NW
Washington, DC 20005
(212) 549-2500

Julie A. Ebenstein  (FBN 91033)
Dayton Campbell-Harris
Victoria Ochoa
Sophia Lin Lakin
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
(212) 549-2500

Nicholas L.V. Warren

2

(212) 485-6065

John A. Freedman
Jeremy Karpatkin
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, DC 20001
(202) 942-5316

ACLU FOUNDATION OF FLORIDA
1809 Art Museum Drive, St. 203
Jacksonville, FL 32207
(786) 363-1769

Daniel B. Tilley
Caroline A. McNamara
ACLU FOUNDATION OF FLORIDA
4343 W Flagler St., Suite 400
Miami, FL 33134
(786) 363-2714

Evan Preminger
Rayne Ellis
ARNOLD & PORTER KAYE SCHOLER
LLP
250 W. 55th Street
New York, NY 10019
(212) 836-7786

*Not admitted in the District of Columbia; practice limited pursuant to D.C. App. R. 49(c)(3).*

## CERTIFICATE OF COMPLIANCE

This document complies with the word limit of FRAP 32, because, excluding the parts of the document exempted by FRAP 32(f), this document contains 278 words.  This document complies with the typeface requirements of FRAP 32(a)(5) and the type-style requirements of FRAP 32(a)(6).


Dated: July 23, 2024                                Respectfully submitted,

                                                            /s/ *Adriel I. Cepeda Derieux*