# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-11892

_____

HISPANIC FEDERATION,
PODER LATINX,
VERONICA HERRERA-LUCHA,
NORKA MARTINEZ,
A. DOE,
B. DOE,

                                                              Plaintiffs-Appellees,

versus

FLORIDA SECRETARY OF STATE,
ATTORNEY GENERAL, STATE OF FLORIDA,

                                                              Defendants-Appellants.

_____

2                               Order of the Court                            24-11892

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:23-cv-00218-MW-MAF

_____

Before WILSON, GRANT, and LAGOA, Circuit Judges.

BY THE COURT:

The motion to stay the appeal is GRANTED. This appeal is stayed until decisions are issued in case nos. 4:23-cv-215 and 4:23-cv-216 pending before the U.S. District Court for the Northern District of Florida.

The movants are DIRECTED to promptly file notice when the decisions are issued.