No. 24-11892

# In the United States Court of Appeals for the Eleventh Circuit

---

FLORIDA SECRETARY OF STATE, ET AL.,

*Defendant - Appellant*,

v.

EXECUTIVE DIRECTOR,
FLORIDA COMMISSION ON ETHICS, ET AL.,

*Plaintiff - Appellee*

---

**MOTION TO WITHDRAW AS COUNSEL**

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
CASE NO. 4:23-cv-00218-MW-MAF

---

ASHLEY MOODY
*Attorney General*

NOAH SJOSTROM
*Assistant Attorney General*
Office of the Attorney
General PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3300
(850) 488-4872 (fax)
*Noah.Sjostrom@myfloridalegal.com*

## CERTIFICATE OF INTERESTED PERSONS AND
## CORPORATE DISCLOSURE STATEMENT

I certify that, to the best of my knowledge, the individuals and entities named in the Certificate of Interested Persons contained in the previous briefs reflect a complete list of interested persons as required by Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1 to 26.1-3. Moreover, no publicly traded company or corporation has an interest in the outcome of this case or appeal.

## MOTION TO WITHDRAW AS COUNSEL

Noah Sjostrom respectfully requests leave to withdraw as counsel for Defendant - Appellant, Ashley Moody, in her official capacity as the Attorney General of the State of Florida, because Mr. Sjostrom will no longer be employed with the Florida Office of the Attorney General after August. The Defendant Appellant- will continue to be represented by all other counsel of record at the Florida Office of the Attorney General.

Respectfully submitted,
**ASHLEY MOODY**
ATTORNEY GENERAL

*/s/ Noah Sjostrom*
NOAH SJOSTROM
*Assistant Attorney General*
Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3300
(850) 488-4872 (fax)
noah.sjostrom@myfloridalegal.com

*Counsel for Defendant-Appellants*

## CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limits of Federal Rule of Appellate Procedure 27(d)(2) because it contains 64 words.

2. This motion complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E), 32(a)(5), and 32(a)(6)

because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14- point Times New Roman font.

*/s/ Noah Sjostrom*
Noah Sjostrom

## CERTIFICATE OF SERVICE

I certify that on August 30th, 2024, I electronically filed this brief with the Clerk of Court by using the Court's CM/ECF system, which will send a notice of electronic filing to all parties in the case who are registered through CM/ECF.

*/s/ Noah Sjostrom*
Noah Sjostrom