# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-11892

_____

HISPANIC FEDERATION,
PODER LATINX,
VERONICA HERRERA-LUCHA,
NORKA MARTINEZ,
A. DOE,
B. DOE,

                                                                  Plaintiffs-Appellees,

*versus*

FLORIDA SECRETARY OF STATE,
ATTORNEY GENERAL, STATE OF FLORIDA,

                                                                  Defendants-Appellants.

_____

2                          Order of the Court                          24-11892

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:23-cv-00218-MW-MAF

_____

ORDER:

The motion to withdraw as counsel filed by Noah Sjostrom for Defendants-Appellants is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION