No. 24-11892

# In the United States Court of Appeals for the Eleventh Circuit

---

*Hispanic Federation, et al.*,
Plaintiffs-Appellees,

v.

*Florida Secretary of State, et al.*,
Defendants-Appellants.

---

ON APPEAL FROM THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
No. 4:23-cv-218 (WALKER, C.J.)

**MOTION TO WITHDRAW
AS COUNSEL**

|  |  |
|---|---|
|  | ASHLEY MOODY
*Attorney General of Florida* |
|  | HENRY C. WHITAKER
*Solicitor General*
ROBERT S. SCHENCK
*Assistant Solicitor General* |
|  | PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3300 |
| *Counsel for Defendant-Appellant Attorney General Moody* | henry.whitaker@myfloridalegal.com |

*Hispanic Federation et al. v. Florida Secretary of State et al.*,

24-11892

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Under Rule 26.1 and Circuit Rule 26.1, Defendant-Appellant Florida Attorney General certifies that, to the best of her knowledge, the following is a complete list of interested persons:

1. Alicea, Delmarie,
2. Beato, Michael,
3. Bell, Daniel,
4. Byrd, Cord,
5. Campbell-Harris, Dayton,
6. Cruz, Roberto,
7. Cycon, John,
8. Darlington, Andrew,
9. Davis, Ashley,
10. Derieux, Adriel,
11. Derieux, Adriel,
12. Ebenstein, Julie,
13. Ellis, Rayne,
14. Freedman, John,
15. Herrera-Lucha, Veronica,
16. Hispanic Federation,

17. Jazil, Mohammad,

18. Karpatkin, Jeremy,

19. Keenan, Megan,

20. Konor, Estee,

21. Lakin, Sophia,

22. Martinez, Norka,

23. McNamara, Caroline Andrews,

24. McVay, Bradley R.,

25. Moody, Ashley,

26. Morse Stephanie,

27. Nguyen, Phi Uyen,

28. Ochoa, Victoria,

29. Perko, Gary,

30. Pico, Elizabeth,

31. Poder Latinx,

32. Pratt, Joshua,

33. Preminger, Evan,

34. Ruiz, Cesar,

35. Schenck, Robert,

36. Sjostrom, Noah,

37. Tilley, Daniel,

38. Van De Bogart, Joseph,

39. Walker, Mark E.,

40. Warren, Nicholas,

41. Whitaker, Henry

*/s/ Henry Whitaker*
Solicitor General

## MOTION TO WITHDRAW AS COUNSEL

I, Henry C. Whitaker, respectfully request leave to withdraw as counsel for defendant-appellant, the Attorney General of Florida. I will be leaving the Office of the Attorney General on January 17, 2025. The defendant-appellant will continue to be represented by Robert Schenck.

<div style="display:flex">
Dated: January 17, 2025
</div>

Respectfully Submitted,

ASHLEY MOODY
  *Attorney General of Florida*

*/s/ Henry Whitaker*
HENRY C. WHITAKER
  *Solicitor General*
ROBERT S. SCHENCK
  *Assistant Solicitor General*

PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3300
henry.whitaker@myfloridalegal.com

*Counsel for Defendant-Appellant Attorney General Moody*

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing complies with the typeface and type-style requirements of Rule 32.

*/s/ Henry Whitaker*
Solicitor General

## CERTIFICATE OF SERVICE

I certify that on January 17, 2025, I electronically filed this document with the Clerk of Court using the Court's CM/ECF system, which will send a notice of docketing activity to all parties who are registered through CM/ECF.

*/s/ Henry Whitaker*
Solicitor General