IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| Hispanic Federation, et al., *Plaintiffs-Appellees*, v. Florida Secretary of State, et al., *Defendants-Appellants*. | Case No. 24-11892 |

## RONI DRUKS' MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS-APPELLEES

Roni Druks, counsel for Plaintiffs-Appellees, hereby requests that this Court enter an order permitting her withdrawal as counsel for Plaintiffs-Appellees, and states:

My last day as counsel at Demos is on April 4, 2025. Accordingly, I seek to withdraw as counsel for Plaintiffs-Appellees in this action. Plaintiffs-Appellees will continue to be represented by counsel Phi Nguyen, Adriel I. Cepeda Derieux, Delmarie Alicea, Dayton Campbell-Harris, Roberto Cruz, Jeremy Karpatkin, Megan Christine Keenan, Sophia Lin Lakin, Caroline Andrews McNamara, Victoria Ochoa, John Freedman, Cesar Z. Ruiz, and Nicholas Warren.

**WHEREFORE**, Roni Druks respectfully requests that this Court enter an

order granting this motion and permitting her to withdraw from this action.

Dated: April 4, 2025

Respectfully submitted,

*/s/ Roni Druks*
Roni Druks*
DEMOS
80 Broad Street, 4th Floor
New York, NY 10004
212-633-1405
rdruks@demos.org

*Counsel for Plaintiffs-Appellees*

# **<u>CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT</u>**

Under Fed. R. App. App. 26.1 and Eleventh Circuit Rule 26.1, Plaintiffs-Appellees state that they have no parent corporation, nor have they issued shares or debt securities to the public. Plaintiffs-Appellees are not subsidiaries or affiliates of any publicly owned corporation, and no publicly held corporation holds ten percent of their stock.

I hereby certify that to the best of my knowledge the Certificate of Interested Persons filed by Defendants-Appellants on June 25, 2025, is complete and correct except for the following corrections:

Noah Sjostrom and Henry Whitaker have withdrawn as counsel for Defendants-Appellants.

*/s/ Roni Druks*

Roni Druks

## CERTIFICATE OF COMPLIANCE

This motion complies with Fed. R. App. P. 27(d) because it contains 153 words, excluding parts that may be excluded. This response also complies with Fed. R. App. P. 32(a)(5) and (6) because it has been prepared in a proportionally spaced typeface, 14-point Times New Roman font.

*/s/ Roni Druks*
Roni Druks

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 4, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which automatically serves all counsel of record.

*/s/ Roni Druks*
Roni Druks