# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-11892

_____

HISPANIC FEDERATION,
PODER LATINX,
VERONICA HERRERA-LUCHA,
NORKA MARTINEZ,
A. DOE,
B. DOE,

                                                                Plaintiffs-Appellees,

*versus*

FLORIDA SECRETARY OF STATE,
ATTORNEY GENERAL, STATE OF FLORIDA,

                                                                Defendants-Appellants.

_____

2                     Order of the Court                     24-11892

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:23-cv-00218-MW-MAF

_____

ORDER:

The motion to withdraw as counsel filed by Roni Druks is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION