No. 24-11892

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

────────────────────────────────

HISPANIC FEDERATION, PODER LATINX, VERÓNICA HERRERA-LUCHA, NORKA MARTÍNEZ, and A. DOE,

*Plaintiffs-Appellees*,

v.

CORD BYRD, in his official capacity as Florida Secretary of State, and ASHLEY MOODY, in her official capacity as Florida Attorney General,

*Defendants-Appellants*.

────────────────────────────────

On Appeal from the United States District Court
for the Northern District of Florida
No. 4:23-cv-00218-MW-MAF (Hon. Mark Walker)

────────────────────────────────

**PLAINTIFFS-APPELLEES' NOTICE OF TRIAL COURT DECISIONS**

────────────────────────────────

Delmarie Alicea (FBN 1024650)
Miranda Galindo (FBN 1039848)
LATINOJUSTICE PRLDEF
4700 Millenia Blvd. Suite 500
Orlando, FL 32839
(321) 754-1935

Cesar Z. Ruiz
LATINOJUSTICE PRLDEF
475 Riverside Drive, Suite 1901
New York, NY 10115
(212) 392-4752

Adriel I. Cepeda Derieux
Megan C. Keenan
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th St. NW
Washington, DC 20005

Dayton Campbell-Harris
Sophia Lin Lakin
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
(212) 549-2500

*Additional Counsel Listed on Inside Cover*

Phi Nguyen
DĒMOS
80 Broad Street, 4th Floor
New York, NY 10004
(212) 485-6065

John A. Freedman
Jeremy Karpatkin
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, DC 20001
(202) 942-5316

Nicholas L.V. Warren
ACLU FOUNDATION OF FLORIDA
1809 Art Museum Drive, St. 203
Jacksonville, FL 32207
(786) 363-1769

Daniel B. Tilley
Caroline A. McNamara
ACLU FOUNDATION OF FLORIDA
4343 W Flagler St., Suite 400
Miami, FL 33134
(786) 363-2714

Rayne Ellis
ARNOLD & PORTER KAYE SCHOLER LLP
250 W. 55th Street
New York, NY 10019
(212) 836-7786

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Circuit Rule 26.1, Plaintiffs-Appellees submit the following statement of their corporate interests:

1. Plaintiff Hispanic Federation has no parent corporation or any other publicly held corporation owning 10% or more of its stock.

2. Plaintiff Poder Latinx has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

3. All other Plaintiffs are individual persons.

Plaintiffs-Appellees further certify that the following persons have an interest in the outcome of this case:

1. Alicea, Delmarie, *Counsel for Plaintiffs*

2. Beato, Michael, *Counsel for Defendant*

3. Bell, Daniel W., *Counsel for Defendant*

4. Byrd, Cord, *Defendant*

5. Campbell-Harris, Dayton, *Counsel for Plaintiffs*

6. Cepeda Derieux, Adriel I., *Counsel for Plaintiffs*

7. Chappell, David W., *Counsel for Defendant*

8. Darlington, Andrew, *Declarant for Defendants*

9. Davis, Ashley, *Counsel for Defendant*

10. Ellis, Rayne, *Counsel for Plaintiffs*

11. Freedman, John A., *Counsel for Plaintiffs*

12. Galindo, Miranda, *Counsel for Plaintiffs*

13. Herrera-Lucha, Verónica, *Plaintiff*

14. Hispanic Federation, *Plaintiff*

15. Jazil, Mohammad O., *Counsel for Defendant*

16. Karpatkin, Jeremy, *Counsel for Plaintiffs*

17. Keenan, Megan C., *Counsel for Plaintiffs*

18. Lin Lakin, Sophia, *Counsel for Plaintiffs*

19. Martínez, Norka, *Plaintiff*

20. McNamara, Caroline A., *Counsel for Plaintiffs*

21. McVay, Bradley, *Counsel for Defendant*

22. Moody, Ashley, *Defendant*

23. Morse, Stephanie, *Counsel for Defendant*

24. Pico, Elizabeth, *Plaintiff*

25. Poder Latinx, *Plaintiff*

26. Ruiz, Cesar Z., *Counsel for Plaintiffs*

27. Schenck, Robert S., *Counsel for Defendant*

28. Tilley, Daniel B., *Counsel for Plaintiffs*

29. Van de Bogart, Joseph S., *Counsel for Defendant*

30. Walker, Mark E., *U.S. District Court Judge*

31. Warren, Nicholas L.V., *Counsel for Plaintiffs*

32. Whitaker, Henry C., *Counsel for Defendant*

## PLAINTIFFS-APPELLEES' NOTICE OF TRIAL COURT DECISIONS

On August 27, 2024, this panel granted Plaintiffs-Appellees' motion to stay this appeal. No. 24-11892, Doc. 34. The panel directed Plaintiffs-Appellees "to promptly file notice when the decisions are issued" in *Florida State Conference of Branches & Youth United of the NAACP v. Byrd*, No. 4:23-cv-215-MW-MAF (N.D. Fla.), and *League of Women Voters of Florida v. Moody*, No. 4:23-cv-216-MW-MAF (N.D. Fla.). *Id.* Plaintiffs-Appellees hereby file this notice to inform the panel that on August 8, 2025, the United States District Court for the Northern District of Florida issued decisions in both cases. *Fla. State Conf.*, ECF No. 345; *League of Women Voters*, ECF No. 151.

Dated: August 11, 2025

Delmarie Alicea (FBN 1024650)
Miranda Galindo (FBN 1039848)
LATINOJUSTICE PRLDEF
4700 Millenia Blvd. Suite 500
Orlando, FL 32839
(321) 754-1935

Cesar Z. Ruiz
LATINOJUSTICE PRLDEF
475 Riverside Drive, Suite 1901
New York, NY 10115
(212) 392-4752

Respectfully submitted,

/s/ *Adriel I. Cepeda Derieux*
Adriel I. Cepeda Derieux
Megan C. Keenan
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th St. NW
Washington, DC 20005

Dayton Campbell-Harris
Sophia Lin Lakin
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004

4

Phi Nguyen
DĒMOS
80 Broad Street, 4th Floor
New York, NY 10004
(212) 485-6065

John A. Freedman
Jeremy Karpatkin
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, DC 20001
(202) 942-5316

(212) 549-2500

Nicholas L.V. Warren
ACLU FOUNDATION OF FLORIDA
1809 Art Museum Drive, St. 203
Jacksonville, FL 32207
(786) 363-1769

Daniel B. Tilley
Caroline A. McNamara
ACLU FOUNDATION OF FLORIDA
4343 W Flagler St., Suite 400
Miami, FL 33134
(786) 363-2714

Rayne Ellis
ARNOLD & PORTER KAYE SCHOLER LLP
250 W. 55th Street
New York, NY 10019
(212) 836-7786

## CERTIFICATE OF COMPLIANCE

This document complies with the word limit of FRAP 32, because, excluding the parts of the document exempted by FRAP 32(f), this document contains 105 words. This document complies with the typeface requirements of FRAP 32(a)(5) and the type-style requirements of FRAP 32(a)(6).

Dated: August 11, 2025                           Respectfully submitted,

                                                 /s/ *Adriel I. Cepeda Derieux*