## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

| | |
|---|---|
| David J. Smith<br>Clerk of Court | For rules and forms visit<br>www.ca11.uscourts.gov |

September 10, 2025

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 24-11892-AA   ; 25-12813 -AA
Case Style: Hispanic Federation, et al v. Florida Secretary of State, et al
District Court Docket No: 4:23-cv-00218-MW-MAF

Cases Consolidated
The cases referenced above are now consolidated.

A litigant who is a party in more than one case being consolidated must file all documents in each separate consolidated case number. A litigant who is a party in only one of the cases being consolidated must file all documents in that case number; if such a litigant wants to receive notice of filings in the other case(s) being consolidated, the litigant should set up notice through the "Notice for Cases of Interest" utility in CM/ECF.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Clerk's Office Phone Numbers
| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

MOT-2 Notice of Court Action