No. 24-11892

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

*Hispanic Federation et al.*,
Plaintiffs-Appellees,

v.

*Cord Byrd et al.*,
Defendants-Appellants.

U.S. District Court for the Northern District of Florida, 4:23-cv-218 (Walker, J.)

## MOTION TO WITHDRAW AS COUNSEL

Mohammad O. Jazil
Michael Beato
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 South Monroe Street, Suite 500
Tallahassee, FL 32301
(850) 270-5938

*Counsel for Defendant-Appellant Secretary of State Byrd*

*Hispanic Federation et al. v. Cord Byrd et al.*,

24-11892

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Per Rule 26.1 and Circuit Rule 26.1, Defendant-Appellant Florida Secretary of State certifies that the following have an interest in the outcome of this case:

1. ACLU Foundation of Florida, *Attorneys for Plaintiffs-Appellees*

2. Adkins, Janet, *Defendant*

3. Alachua County Attorney's Office, *Attorneys for Defendant*

4. Alianza Center, *Plaintiff-Appellee*

5. Alianza for Progress, *Plaintiff-Appellee*

6. Alicea, Delmarie, *Attorney for Plaintiffs-Appellees*

7. American Civil Liberties Union Foundation, *Attorneys for Plaintiffs-Appellees*

8. Andersen, Mark, *Former Defendant*

9. Anderson, Chris, *Former Defendant*

10. Anderson, Shirley, *Defendant*

11. Arnold & Porter Kaye Scholer LLP, *Attorneys for Plaintiffs-Appellees*

12. Arnold, Melissa, *Former Defendant*

13. Arrington, Mary Jane, *Defendant*

14. Artasanchez, Santiago, *Former Plaintiff*

15. Babis, Olivia, *Declarant for Plaintiffs-Appellees*

16. Baird, Maureen, *Defendant*

17. Bardos, Andy, *Attorney for Defendants*

18. Barton, Kim, *Defendant*

19. Beato, Michael, *Attorney for Defendant-Appellant*

20. Bell, Melony, *Defendant*

21. Bender, Robert, *Defendant*

22. Bennett, Michael, *Former Defendant*

23. Bentley & Bruning, *Attorneys for Defendants*

24. Bentley, Morgan, *Attorney for Defendants*

25. Blazier, Melissa, *Defendant*

26. Bledsoe, William, *Attorney for Defendant*

27. Bobanic, Tim, *Defendant*

28. Boettcher, Ellen, *Attorney for Plaintiffs*

29. Brazil & Dunn, *Attorneys for Plaintiffs in Consolidated Case*

30. Broward County Attorney's Office, *Attorneys for Defendant*

31. Byrd, Cord, Florida Secretary of State, *Defendant-Appellant*

32. Campaign Legal Center, *Attorneys for Plaintiffs in Consolidated Case*

33. Campbell-Harris, Dayton, *Attorney for Plaintiffs-Appellees*

34. Cannon, Starlet, *Former Defendant*

35. Castor Dentel, Karen, *Defendant*

36. Cededa Derieux, Adriel, *Attorney for Plaintiffs-Appellees*

37. Chaires, Darbi, *Defendant*

38. Chambless, Chris, *Defendant*

39. Chason, Sharon, *Defendant*

40. Conyers, Grant, *Defendant*

41. Copper, Alexandra, *Attorney for Plaintiffs*

42. Corley, Brian, *Defendant*

43. Cowles, Bill, *Former Defendant*

44. Cruz, Roberto, *Attorney for Plaintiffs-Appellees*

45. Darlington, Andrew, *Declarant for Defendants-Appellants*

46. Darus, Lisa, *Defendant*

47. Davis, Ashley, *Attorney for Defendant-Appellant*

48. Davis, Vicki, *Defendant*

49. Demos, *Attorneys for Plaintiffs-Appellees*

50. Diaz, Jonathan Michael, *Attorney for Plaintiffs*

51. Disability Rights Florida, *Plaintiff-Appellee*

52. Doe, A, *Former Plaintiff*

53. Doe, B, *Former Plaintiff*

54. Doyle, Tommy, *Defendant*

55. Driggers, Heath, *Defendant*

56. Druks, Roni, *Attorney for Plaintiffs-Appellees*

57. Dunaway, Carol, *Defendant*

58. Dunn, Chad, *Attorney for Plaintiffs*

59. Earley, Mark, *Defendant*

60. Ebenstein, Julie, *Attorney for Plaintiffs-Appellees*

61. Edwards, Lori, *Former Defendant*

62. Elliot, Monica, *Declarant for Plaintiffs*

63. Equal Ground Education Fund, *Former Plaintiff*

64. Erdelyi, Susan, *Attorne for Defendants*

65. Erdelyi, Susan, *Attorney for Defendants*

66. Escambia County Attorney's Office, *Attorneys for Defendant*

67. Farnam, Aletris, *Defendant*

68. Farnham, Aletris, *Defendant*

69. Farrington, Scott, *Defendant*

70. Ferguson, Robert, *Attorney for Plaintiffs*

71. Fitzpatrick, Martin A., *U.S. Magistrate Judge*

72. Florez, Johana, *Declarant for Plaintiffs*

73. Florida Alliance for Retired Americans, *Plaintiff-Appellee*

74. Florida Attorney General's Office, *Attorneys for Defendant-Appellant*

75. Florida Department of State, *Attorneys for Defendant-Appellant*

76. Florida State Conference of Branches and Youth Units of the NAACP, *Plaintiff-Appellee*

77. Freedman, John, *Attorney for Plaintiffs-Appellees*

78. Galindo, Miranda, *Attorney for Plaintiffs-Appellees*

79. Garcia, Alina, *Defendant*

80. Gardner Bist Bowden, *Attorneys for Defendants*

81. GrayRobinson PA, *Attorneys for Defendants*

82. Griffin, Joyce, *Former Defendant*

83. Hankins, Christi Jo, *Attorney for Defendant*

84. Hanlon, John, *Defendant*

85. Hanson, Corbin, *Attorney for Defendant*

86. Hart, Travis, *Defendant*

87. Hass, Brian, *Defendant*

88. Hays, Alan, *Defendant*

89. Healy, Karen, *Defendant*

90. Healy, Karen, *Defendant*

91. Henderson Fanklin Starnes, *Attorneys for Defendants*

92. Hernando County Attorney's Office, *Attorneys for Defendant*

93. Herrera-Lucha, Veronica, *Former Plaintiff*

94. Herron, Mark, *Attorney for Defendant*

95. Hillsborough County Attorney's Office, *Attorneys for Defendant*

96. Hispanic Federation, *Former Plaintiff*

97. Hodie, Sherri, *Defendant*

98. Hogan, Mike, *Former Defendant*

99. Holland, Jerry, *Defendant*

100. Holtzman Vogel Baran Torchinsky & Josefiak, *Attorneys for Defendant-Appellant*

101. Hoots, Brenda, *Defendant*

102. Hutto, Laura, *Defendant*

103. Hutto, Laura, *Defendant*

104. Jarone, Joseph, *Attorney for Defendant*

105. Jazil, Mohammad, *Attorney for Defendant-Appellant*

106. Jonas, Sarah, *Attorney for Defendant*

107. Jones, Tammy, *Defendant*

108. Joshi, Raghav Vikas, *Declarant for Plaintiffs-Appellees*

109. Jouben, Jon, *Attorney for Defendants*

110. Kahn, Jared, *Attorney for Defendant*

111. Karpatkin, Jeremy, *Attorney for Plaintiffs-Appellees*

112. Katzman, Adam, *Attorney for Defendant*

113. Keen, William, *Defendant*

114. Keenan, Megan, *Attorney for Plaintiffs-Appellees*

115. Khanna, Abha, *Attorne for Plaintiffs-Appellees*

116. King, Blackwell, Zehnder & Wermuth P.A., *Attorneys for Plaintiffs-Appellees*

117. Kinsey, Jennifer, *Defendant*

118. Klitsberg, Nathaniel, *Attorney for Defendant*

119. Knight, Shirley, *Defendant*

120. Lakin, Sophia, *Attorney for Plaintiffs-Appellees*

121. Lang, Danielle, *Attorney for Plaintiffs*

122. Lapinig, Christopher, *Attorney for Plaintiffs*

123. Latimer, Craig, *Defendant*

124. Latimer, Craig, *Defendant*

125. LatinoJustice PRLDEF, *Attorneys for Plaintiffs-Appellees*

126. Lavancher, Denise, *Defendant*

127. Lavia III, John, *Attorney for Defendant*

128. League of Women Voters of Florida Education Fund, Inc., *Plaintiff*

129. League of Women Voters of Florida, Inc., *Plaintiff*

130. Leeper, Simone, *Attorney for Plaintiffs*

131. Leinhart, Kaitlyn, *Defendant*

132. Lenhart, Kaiti, *Former Defendant*

133. Lewis, Lisa, *Defendant*

134. Link, Wendy, *Defendant*

135. Lux, Paul, *Defendant*

136. Madduri, Lalitha, *Attorney for Plaintiffs-Appellees*

137. Marcus, Julie, *Defendant*

138. Mari, Frank, *Attorney for Defendant*

139. Marks Gray P.A., *Attorneys for Defendants*

140. Martinez, Norka, *Former Plaintiff*

141. May, David, *Defendant*

142. McCrory, Hill, *Declarant for Plaintiffs*

143. McNamara, Caroline, *Attorney for Plaintiffs-Appellees*

144. Meadows, Therisa, *Former Defendant*

145. Messer Caparello & Self PA, *Attorneys for Defendant*

146. Messer, Ryan, *Defendant*

147. Miami-Dade Supervisor of Elections Office, *Attorneys for Defendant*

148. Milligan, Michelle, *Defendant*

149. Milton, Christopher, *Defendant*

150. Mobley, Valerie, *Declarant for Plaintiffs*

151. Morgan, Joseph, *Defendant*

152. Morse, Stephanie, *Attorney for Defendant-Appellant*

153. Nabors Giblin & Nickerson PA, *Attorneys for Defendant*

154. Negley, Mark, *Former Defendant*

155. Nguyen, Phi, *Attorney for Plaintiffs-Appellees*

156. Nordlund, Jared, *Declarant for Plaintiffs-Appellees*

157. Nweze, Adora Obi, *Declarant for Plaintiffs-Appellees*

158. O'Donnell, Renata, *Attorney for Plaintiffs-Appellees*

159. Oakes, Vicky, *Defendant*

160. Ochoa, Victoria, *Attorney for Plaintiffs-Appellees*

161. Office of the General Counsel, City of Jacksonville, *Attorneys for Defendant*

162. Olivo III, Geraldo, *Attorney for Defendants*

163. Ortega, Michael, *Attorney for Plaintiffs*

164. Osborne, Deborah, *Defendant*

165. Osbourne, Deborah, *Former Defendant*

166. Overturf, Charles, *Defendant*

167. Pennock, Amy, *Defendant*

168. Pettis, Deidra, *Defendant*

169. Pico, Elizabeth, *Plaintiff-Appellee*

170. Pierce, Rhonda, *Defendant*

171. Pinellas County Attorney's Office, *Attorneys for Defendant*

172. Pinkstaff, Tiffiny, *Attorney for Defendant*

173. Poder Latinx, *Former Plaintiff*

174. Prieto, Humberto Orjuela, *Plaintiff-Appellee*

175. Reynolds Perez, Devona, *Attorney for Defendant*

176. Riley, Heather, *Defendant*

177. Riley, Heather, *Former Defendant*

178. Roper Townsend & Sutphen, *Attorneys for Defendants*

179. Rosenthal, Oren, *Attorney for Defendant*

180. Rudd, Carol, *Former Defendant*

181. Ruiz, Cesar, *Attorney for Plaintiffs-Appellees*

182. Rutahindurwa, Makeba, *Attorney for Plaintiffs-Appellees*

183. Sanchez, Connie, *Defendant*

184. Sanchez, Esperanza, *Former Plaintiff*

185. Scott, Dale, *Attorney for Defendant*

186. Scott, Dale, *Attorney for Defendant*

187. Scott, Joe, *Defendant*

188. Seyfang, Amanda, *Defendant*

189. Shaud, Matthew, *Attorney for Defendant*

190. Slater, Cynthia, *Declarant for Plaintiffs-Appellees*

191. Smith, Diane, *Defendant*

192. Smith, Diane, *Defendant*

193. Southerland, Dana, *Defendant*

194. Stafford, David, *Former Defendant*

195. Stewart, Gregory, *Attorney for Defendant*

196. Stinson-Brown, Tomi, *Defendant*

197. Swain, Robert, *Attorney for Defendant*

198. Swan, Leslie, *Defendant*

199. Taghdiri, Pausha, *Attorney for Defendants*

200. Tartaglia, Melissa, *Attorney for Defendants*

201. Taylor, Sherry, *Defendant*

202. Tessitore Mari Scott PLLC, *Attorneys for Defendant*

203. Tilley, Daniel, *Attorney for Plaintiffs-Appellees*

204. Todd, Stephen, *Attorney for Defendant*

205. Turner, Ron, *Defendant*

206. UnidosUS, *Plaintiff-Appellee*

207. Uthmeier, James, Florida Attorney General, *Defendant-Appellant*

208. Valenti, Leah, *Defendant*

209. Vilar, Marcos, *Declarant for Plaintiffs-Appellees*

210. Villane, Tappie, *Defendant*

211. Volusia County Attorney's Office, *Attorneys for Defendant*

212. Voters of Tomorrow Action, Inc., *Plaintiff-Appellee*

213. Walker, Gertrude, *Defendant*

214. Walker, Mark E., *U.S. District Court Judge*

215. Ward, Nina, *Defendant*

216. Warren, Nicholas, *Attorney for Plaintiffs-Appellees*

217. Wermuth, Frederick, *Attorney for Plaintiffs-Appellees*

218. Wertz, Debbie, *Defendant*

219. White, Christina, *Former Defendant*

220. Wilcox, Wesley, *Defendant*

221. Williams, H. Russell, *Defendant*

222. Williams, Kenya, *Defendant*

223. Wyler, Douglas, *Attorney for Defendants*

Per Circuit Rule 26.1-2(c), Defendant-Appellant Florida Secretary of State certifies that the CIP contained herein is complete.

Dated: October 6, 2025

/s/ Michael Beato
*Counsel for Defendant-Appellant Secretary of State Cord Byrd*

## MOTION TO WITHDRAW AS COUNSEL

Michael Beato moves this Court to grant him leave to withdraw as counsel for Defendant-Appellant Secretary Byrd. After October 10, Mr. Beato will no longer work at Holtzman Vogel. The Secretary consents to the withdrawal, and the Secretary will continue to be represented by counsel in this case. Future correspondence and documents should be served on the remaining counsel for the Secretary.

Dated: October 6, 2025

/s/ Michael Beato
Michael Beato
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 South Monroe Street, Suite 500
Tallahassee, FL 32301
(850) 391-0503
mbeato@holtzmanvogel.com

*Counsel for Defendant-Appellant Secretary of State Cord Byrd*

1

## CERTIFICATE OF COMPLIANCE

This brief complies with Rule 27(d)(2)(A) because it contains 67 words, excluding the parts that can be excluded. This motion also complies with Rule 32(a)(5)-(6) because it has been prepared in a proportionally spaced face using Microsoft Word 2016 in 14-point Garamond font.

Dated: October 6, 2025    /s/ Michael Beato
                          Michael Beato

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing certificate was filed on ECF.

Dated: October 6, 2025    /s/ Michael Beato
                          Michael Beato