IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| Hispanic Federation, et al., *Plaintiffs-Appellees*, v. Florida Secretary of State, et al., *Defendants-Appellants*. | Case No. 24-11892 |

# MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS-APPELLEES

Phi Nguyen, Counsel for Plaintiffs-Appellees, moves this Court to enter an order permitting her withdrawal as counsel of record for Plaintiffs-Appellees. As grounds for withdrawal, Ms. Nguyen is concluding her employment at Demos effective October 31, 2025. Further, Plaintiffs-Appellees will continue to be represented by counsel in this case.

**WHEREFORE**, Counsel respectfully requests that this Court grant this Motion to Withdraw.

Dated: October 29, 2025

Respectfully submitted,

*/s/ Phi Nguyen*
Phi Nguyen
DEMOS
368 9th Street, 6th Floor
Suite 11-105
New York, NY 10001
(212) 485-6065
pnguyen@demos.org

*Counsel for Plaintiffs-Appellees*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Circuit Rule 26.1, Plaintiffs-Appellees submit the following statement of their corporate interests:

1. Plaintiff Hispanic Federation has no parent corporation or any other publicly held corporation owning 10% or more of its stock.

2. Plaintiff Poder Latinx has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

3. All other Plaintiffs are individual persons.

Counsel for Plaintiffs-Appellees further certifies that the following persons have an interest in the outcome of this case:

1. Alicea, Delmarie, *Counsel for Plaintiffs*

2. Bell, Daniel W., *Counsel for Defendant*

3. Byrd, Cord, *Defendant*

4. Campbell-Harris, Dayton, *Counsel for Plaintiffs*

5. Cepeda Derieux, Adriel I., *Counsel for Plaintiffs*

6. Chappell, David W., *Counsel for Defendant*

7. Cruz, Roberto, *Counsel for Plaintiffs*

8. Darlington, Andrew, *Declarant for Defendants*

9. Davis, Ashley, *Counsel for Defendant*

10. Ebenstein, Julie A., *Counsel for Plaintiffs*

11. Ellis, Rayne, *Counsel for Plaintiffs*

12. Freedman, John A., *Counsel for Plaintiffs*

13. Galindo, Miranda, *Counsel for Plaintiffs*

14. Herrera-Lucha, Verónica, *Plaintiff*

15. Hispanic Federation, *Plaintiff*

16. Jazil, Mohammad O., *Counsel for Defendant*

17. Karpatkin, Jeremy, *Counsel for Plaintiffs*

18. Keenan, Megan C., *Counsel for Plaintiffs*

19. Lin Lakin, Sophia, *Counsel for Plaintiffs*

20. Martínez, Norka, *Plaintiff*

21. McNamara, Caroline A., *Counsel for Plaintiffs*

22. McVay, Bradley, *Counsel for Defendant*

23. Moody, Ashley, *Defendant*

24. Morse, Stephanie, *Counsel for Defendant*

25. Nguyen, Phi, *Counsel for Plaintiffs*

26. Ochoa, Victoria, *Counsel for Plaintiffs*

27. Pico, Elizabeth, *Plaintiff*

28. Poder Latinx, *Plaintiff*

29. Preminger, Evan, *Counsel for Plaintiffs*

30. Ruiz, Cesar Z., *Counsel for Plaintiffs*

31. Schenck, Robert S., *Counsel for Defendant*

32. Sjostrom, Noah, *Counsel for Defendant*

33. Tilley, Daniel B., *Counsel for Plaintiffs*

34. Van de Bogart, Joseph S., *Counsel for Defendant*

35. Walker, Mark E., *U.S. District Court Judge*

36. Warren, Nicholas L.V., *Counsel for Plaintiffs*

37. Whitaker, Henry C., *Counsel for Defendant*

## **CERTIFICATE OF COMPLIANCE**

This motion complies with Fed. R. App. P. 27(d) because it contains 99 words, excluding parts that may be excluded. This response also complies with Fed. R. App. P. 32(a)(5) and (6) because it has been prepared in a proportionally spaced typeface, 14-point Times New Roman font.

Dated: October 29, 2025

Respectfully submitted,

*/s/ Phi Nguyen*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 29, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which automatically serves all counsel of record.

*/s/ Phi Nguyen*