# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-11892
_____

HISPANIC FEDERATION,
PODER LATINX,
VERONICA HERRERA-LUCHA,
NORKA MARTINEZ,
A. DOE,
B. DOE,

                                                  *Plaintiffs-Appellees,*

*versus*

FLORIDA SECRETARY OF STATE,
ATTORNEY GENERAL, STATE OF FLORIDA,

                                                  *Defendants-Appellants.*

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:23-cv-00218-MW-MAF
_____

_____

No. 25-12813
_____

FLORIDA STATE CONFERENCE OF BRANCHES
AND YOUTH UNITS OF THE NAACP,
VOTERS OF TOMORROW ACTION INC,
DISABILITY RIGHTS FLORIDA,
ALIANZA FOR PROGRESS,
ALIANZA CENTER, et al.,

                                                          *Plaintiffs-Appellees,*
EQUAL GROUND EDUCATION FUND, et al.,

                                                          *Plaintiffs.*

versus

FLORIDA SECRETARY OF STATE,
ATTORNEY GENERAL, STATE OF FLORIDA,

                                                          *Defendants-Appellants,*

SUPERVISOR OF ELECTIONS FOR ALACHUA COUNTY, et al.,

                                                          *Defendants.*

24-11892 　　　　　　　　Order of the Court　　　　　　　　3

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:23-cv-00215-MW-MAF

_____

ORDER:

The motion to withdraw as counsel filed by Phi Nguyen is GRANTED.

　　　　　　　　　　　　　　　　　　　DAVID J. SMITH
　　　　　　　　　　　　　　　　Clerk of the United States Court of
　　　　　　　　　　　　　　　　Appeals for the Eleventh Circuit

　　　　　　　　　　　ENTERED FOR THE COURT - BY DIRECTION