# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-11892

_____

HISPANIC FEDERATION,
PODER LATINX,
VERONICA HERRERA-LUCHA,
NORKA MARTINEZ,
A. DOE,
B. DOE,

                                                    *Plaintiffs-Appellees*,

*versus*

FLORIDA SECRETARY OF STATE,
ATTORNEY GENERAL, STATE OF FLORIDA,

                                                    *Defendants-Appellants.*

2                    Order of the Court                    24-11892

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:23-cv-00218-MW-MAF

_____

_____

No. 25-12813

_____

FLORIDA STATE CONFERENCE OF BRANCHES
AND YOUTH UNITS OF THE NAACP,
VOTERS OF TOMORROW ACTION INC,
DISABILITY RIGHTS FLORIDA,
ALIANZA FOR PROGRESS,
ALIANZA CENTER, et al.,

                                                          *Plaintiffs-Appellees,*
EQUAL GROUND EDUCATION FUND, et al.,

                                                          *Plaintiffs.*

versus

FLORIDA SECRETARY OF STATE,
ATTORNEY GENERAL, STATE OF FLORIDA,

                                                          *Defendants-Appellants,*

SUPERVISOR OF ELECTIONS FOR ALACHUA COUNTY, et al.,

                                                          *Defendants.*

24-11892 Order of the Court 3

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:23-cv-00215-MW-MAF

_____

ORDER:

The motion to withdraw as counsel filed by Robert S. Schenck is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION