**No. 24-11892 (consolidated with 25-12813)**

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

_____

HISPANIC FEDERATION, *et al.*,
*Plaintiffs-Appellees*,

v.

FLORIDA SECRETARY OF STATE, *et al.*,
*Defendants-Appellants.*

_____

On Appeal from the U.S. District Court for the Northern District of
Florida, No. 4:23-cv-00218-MW-MAF (Walker, J.)

_____

**MOTION TO WITHDRAW AS COUNSEL**

_____

Megan C. Keenan
American Civil Liberties
Union Foundation
915 15th St. NW
Washington, DC 20005
(202) 457-0800
mkeenan@aclu.org

1

## <u>MOTION TO WITHDRAW AS COUNSEL</u>

I, Megan C. Keenan, respectfully request leave to withdraw as counsel for Plaintiffs, because I am leaving my current position at the American Civil Liberties Union Foundation on January 29, 2026. Plaintiffs will continue to be represented by my colleagues Adriel I. Cepeda Derieux and Dayton Campbell-Harris at the American Civil Liberties Union Foundation, as well as our co-counsel at the ACLU Foundation of Florida, LatinoJustice PRLDEF, Dēmos, and Arnold & Porter Kaye Scholer LLP.

Date: January 29, 2026                    Respectfully submitted,

*/s/ Megan C. Keenan*
Megan C. Keenan
American Civil Liberties Union
Foundation
915 15th St. NW
Washington, DC 20005
mkeenan@aclu.org

## **CERTIFICATE OF COMPLIANCE**

1. This document complies with the type-volume limits of Federal Rule of Appellate Procedure 27(d)(2) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 75 words.

2. This document complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

*/s/ Megan C. Keenan*
Megan C. Keenan

## **CERTIFICATE OF SERVICE**

I certify that on January 29, 2026, I electronically filed this document with the Clerk of Court using the Court's CM/ECF system, which will send a notice of docketing activity to all parties who are registered through CM/ECF.

*/s/ Megan C. Keenan*
Megan C. Keenan