In the

# United States Court of Appeals

## For the Eleventh Circuit

————————————————

No. 24-11892

————————————————

HISPANIC FEDERATION,
PODER LATINX,
VERONICA HERRERA-LUCHA,
NORKA MARTINEZ,
A. DOE,
B. DOE,

*Plaintiffs-Appellees,*


*versus*

FLORIDA SECRETARY OF STATE,
ATTORNEY GENERAL, STATE OF FLORIDA,

*Defendants-Appellants.*

2                           Order of the Court                    24-11892
_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:23-cv-00218-MW-MAF
_____

_____
No. 25-12813
_____

FLORIDA STATE CONFERENCE OF BRANCHES
AND YOUTH UNITS OF THE NAACP,
VOTERS OF TOMORROW ACTION INC,
DISABILITY RIGHTS FLORIDA,
ALIANZA FOR PROGRESS,
ALIANZA CENTER, et al.,

*Plaintiffs-Appellees,*
EQUAL GROUND EDUCATION FUND, et al.,

*Plaintiffs.*
*versus*

FLORIDA SECRETARY OF STATE,
ATTORNEY GENERAL, STATE OF FLORIDA,

*Defendants-Appellants,*

SUPERVISOR OF ELECTIONS FOR ALACHUA COUNTY, et
al.,

*Defendants.*

————————————————

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:23-cv-00215-MW-MAF

————————————————

ORDER:

The motion to withdraw as counsel filed by Megan C. Keenan is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION