UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 25, 2026

Thomas Arthur Berry
The Cato Institute
1000 MASSACHUSETTS AVE NW
WASHINGTON, DC 20001

Appeal Number: 24-11892-AA
Case Style: Hispanic Federation, et al v. Florida Secretary of State, et al
District Court Docket No: 4:23-cv-00218-MW-MAF

**NOTICE OF PAPER COPY DEFICIENCY**

The required paper copies of the brief have not been received. See 11th Cir. Rules 30-1(d) and 31-3. The paper copies must be submitted within seven days of the date of this notice. The paper copies of briefs submitted by ECF filers must include the ECF docketing header from the electronically filed version of the brief. Clerk's Note: ECF filers are encouraged to have the ECF docketing header from the electronically filed version of the appendix on the cover page for the paper copies of the appendix submitted to the Court.

Failure to timely submit the required paper copies may cause the appeal to be dismissed for want of prosecution, under the provisions of 11th Cir. R. 42-1, 42-2, or 42-3, or may result in possible disciplinary action against counsel as described in Addendum Eight, or both. See FRAP 26, 11th Cir. IOP 1.

Clerk's Office Phone Numbers
General Information:   404-335-6100   Attorney Admissions:         404-335-6122
Case Administration:   404-335-6135   Capital Cases:               404-335-6200
CM/ECF Help Desk:      404-335-6125   Cases Set for Oral Argument: 404-335-6141

Notice of Paper Copy Deficiency